JCJ

| Prob 22 (VAE Rev 4/13) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:12CR00371-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 14-660 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| **Raymond Sylvester Bell** | NAME OF SENTENCING JUDGE | |
| | The Honorable T. S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/21/2014 · TO 08/20/2019 |

OFFENSE :

Conspiracy to Distribute Five Kilograms or More of Cocaine, in violation of Title 21, U.S.C., Sections 841(a)(1) and 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA DIVISION) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____12/12/14_____    _____
Date                                                     T. S. Ellis, III
                                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA DIVISION)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____              _____
Effective Date                                           United States District Judge